MISC. CASE # 17 - 358
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

THOMAS E NOBLE, PRO SE,
PETITIONER

v.

CHIEF JUDGE LEONARD P. STARK,
RESPONDENT

: No. TO BE ASSIGNED
: [RELATED TO D.DEL. C.A. NO. 17-353-LPS]
:
:
:

MOTION TO PROVIDE PETITIONER COPIES AT NO COST TO HIM OF ALL DOCUMENTS FILED IN ALL HIS CASES AT THIS COURT, AND ALSO ALL HIS CASES AT STATE COURTS IN DELAWARE PRELIMINARILY

1. DEFENDANTS IN SAID RELATED CASE ON 10-5-17 WRONGFULLY REINCARCERATED ME ON THE EXACT SAME TYPE OF FALSE CHARGES BEING ATTACKED IN MY COMPLAINT IN THAT CASE, TO DISRUPT MY LITIGATION AGAINST THEM.

2. IN SO DOING THEY SEPARATED ME FROM ALL MY CASE RECORDS.

3. I DID NOT ASK THEM TO SEPARATE ME FROM ALL MY CASE RECORDS.

4. I NEED SAID RECORDS TO BE ABLE TO DRAFT AND FILE EFFECTIVE COURT DOCUMENTS AND SEEK LEGAL ASSISTANCE, ETC.

WHEREFORE, I AM ASKING THAT PRELIMINARILY I BE PROVIDED COPIES AT NO COST TO ME OF ALL DOCUMENTS FILED IN ALL MY CASES AT THIS COURT, EITHER AT NO COST, OR BILL THE STATE FOR IT [SINCE THE STATE IS RESPONSIBLE FOR SEPARATING ME FROM ALL MY CASE RECORDS].

FURTHER WHEREFORE, I AM ALSO ASKING THAT THE STATE BE DIRECTED TO FORTHWITH PROVIDE ME AT ITS OWN EXPENSE COPIES OF ALL DOCUMENTS FILED IN ALL MY CASES IN STATE COURTS, CRIMINAL AND CIVIL, INCLUDING AT THE STATE SUPREME COURT, THE SUPERIOR COURTS OF BOTH NEW CASTLE AND KENT COUNTIES, THE CHANCERY COURT, THE COMMON PLEAS COURT IN NEW CASTLE COUNTY, AND THE JP COURT OF NEW CASTLE COUNTY.

DATE: DECEMBER 22, 2017

RESPECTFULLY SUBMITTED,

THOMAS E NOBLE, PRO SE
115211 2 E17
HRYCI
P.O. BOX 9561
WILMINGTON, DE 19809

