IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

17 - 358

THOMAS E NOBLE, PRO SE,
    PETITIONER

    V.

CHIEF JUDGE LEONARD P. STARK,
    RESPONDENT

: No. TO BE ASSIGNED
: [RELATED TO D. DEL. C.A. No. 12-353-LPS]

MISC. CASE #
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

MOTION FOR PRELIMINARY RELIEF TO ALLOW PETITIONER TO FILE ONLY ONE COPY OF HIS DOCUMENTS AND TO PROVIDE HIM COPIES THEREOF AND TO ALSO ORDER DEFENDANTS IN RELATED CASE TO HENCEFORTH PROVIDE HIM AT STATE'S OWN EXPENSE EVERYTHING HE NEEDS FOR ACCESS TO COURTS AND OTHER BRANCHES OF GOVERNMENT OR TO SEEK LEGAL ASSISTANCE AND TO STRIKE ILLEGAL DEBT

1. I HAVE NO MONEY IN MY PRISON ACCOUNT. AND BEFORE I WAS WRONGFULLY RE-INCARCERATED [BY DEFENDANTS IN SAID RELATED RELATED CASE] THE THIRD CIRCUIT GRANTED ME IFP, I AM PROCEEDING PRO SE AS MY OWN LAWYER.

2. U.S. SUPREME COURT CASE LAW SAYS THAT THE STATE MUST PROVIDE ME ALL THE THINGS I NEED FOR ACCESS TO THE COURTS AND TO OTHER BRANCHES OF GOVERNMENT, OR TO SEEK LEGAL ASSISTANCE, AT STATE EXPENSE. NOT MINE.

3. ADDITIONALLY, OTHER U.S. SUPREME COURT CASE LAW SAYS THAT INDIGENT PRISONERS MUST ALSO BE PROVIDED AT STATE EXPENSE WITH A REASONABLE QUANTITY OF PAPER, PENS AND POSTAGE FOR NON-LEGAL CORRESPONSE.

4. SAID DEFENDANTS SHIRK THEIR OBLIGATIONS TO INDIGENT PRISONERS BY BILLING THEIR PRISON ACCOUNTS, AS A DEBT TO BE COLLECTED IF ANYONE ON THE OUTSIDE SENDS THEM MONEY TO BUY BASIC NECESSITIES OR A FEW PETTY LUXURIES FROM THE PRISON COMMISSARY.

5. CURRENTLY SAID DEFENDANTS ILLEGALLY CLAIM THAT I OWE THEM OVER $150 FOR THE WOEFULLY INSUFFICIENT QUANTITY OF THINGS I GOT FROM THEM SINCE NOVEMBER 2013. [NOTE: THE COLLECTION OF AN ILLEGAL DEBT IS A FEDERAL FELONY CRIME UNDER THE RICO ACT [18 U.S.C. §§ 1961, ET SEQ.]. ACCORDINGLY, I AM ASKING THE COURT TO REPORT THAT CRIME TO THE U.S. JUSTICE DEPARTMENT FOR PROSECUTION OF ALL COLLECTIONS OF HIS EM. DEBTS BY DEFENDANTS FROM PRISONER ACCOUNTS SINCE THEY STARTED DOING THAT.

6. IT IS NOT THE OBLIGATION OF KIND-HEARTED PEOPLE ON THE OUTSIDE TO ASSUME THE OBLIGATIONS OF THE STATE TO ITS INDIGENT PRISONERS.

7. NOR DOES A PRISONER NEED TO HAVE ZERO MONEY IN HIS PRISON ACCOUNT TO QUALIFY AS BEING INDIGENT.

8. I NEED, AS REQUESTED BY ME WHEN NEEDED, PENS, BOND PAPER, POSTAGE, ENVELOPES

— CONTINUED ON REVERSE SIDE —

~ PAGE 2 ~

Form 595-A Revised 01/10

[BUSINESS LETTER SIZED AND LARGE MANILA ENVELOPES], CARBON PAPER [TO MAKE COPIES] AND PHOTOCOPYING [FOR ONE-OF-A-KIND DOCUMENTS (E.G., TO ATTACH COPIES OF COURT ORDERS, EXHIBITS, ETC. TO DOCUMENTS)].

AND I ALSO NEED HANDS-ON ACCESS TO AN ADEQUATE LAW LIBRARY. FOR I CANNOT KNOW AHEAD OF TIME WHAT TO REQUEST COPIES OF FROM A LAW LIBRARY TILL AFTER I CAN PHYSICALLY RESEARCH LAW BOOKS WITH MY OWN EYES.

DEFENDANTS ALLOW ME TO REQUEST ONLY COPIES OF FOUR CASES AT A TIME. NOR CAN I SHEPARDIZE MYSELF "FROM AFAR." AND IT HAS TAKEN ME UP TO SEVERAL WEEKS TO GET A COPY OF A CASE. WHEREAS, WITH HANDS-ON ACCESS TO A LAW LIBRARY, I WOULD BE ABLE TO LOOK AT MANY DOZENS OF CASES AND FEDERAL OR STATE LAW IN ONE VISIT AT THE LAW LIBRARY FOR 2 TO 4 HOURS.

9. SAID DEFENDANTS CURRENTLY PROVIDE ME NONE OF THOSE THINGS AT STATE EXPENSE, AS SPECIFIED BY U.S. SUPREME COURT CASE LAW.

10. THEY ALSO PROVIDE ME ONLY A VERY SMALL QUANTITY OF BOND PAPER AND ENVELOPES, INSUFFICIENT FOR MY NEEDS, AT MY EXPENSE [BILLED TO MY PRISON ACCOUNT].

11. CURRENTLY NO PENS, CARBON PAPER OR PHOTOCOPYING IS PROVIDED ME, NOT EVEN AS AN ILLEGAL DEBT TO BE COLLECTED. AND FOR COURT FORMS (PRISON)

12. FURTHER, THEY BILL MY PRISON ACCOUNT FOR COPIES OF CASES AND LAW FROM THE LAW LIBRARY.

13. THE JUDGES OF THIS COURT AND THE THIRD CIRCUIT ARE COLLUDING WITH THE STATE TO CARRY OUT THE ILLUMINATI'S GOAL OF ROBBING U.S. CITIZENS OF THEIR CONSTITUTIONAL RIGHTS, AND SAID JUDGES DO NOT WANT CITIZENS WRONGFULLY INCARCERATED TO BE ABLE TO OBTAIN JUSTICE.

14. SO TOO THE STATE DOES NOT WANT INCARCERATED CITIZENS TO BE ABLE TO OBTAIN COURT REMEDY. ERGO, THAT IS THE REAL REASON THEY DO NOT PROVIDE INDIGENT PRISONERS AT STATE EXPENSE WITH THE THINGS NEEDED TO CHALLENGE POWER ABUSE BY THE STATE.

IT IS NOT TO SAVE MONEY. FOR, IF THEY WERE TRULY CONCERNED WITH SAVING MONEY, THEY WOULD NOT NOW BE WASTING TENS OF THOUSANDS OF TAXPAYER DOLLARS TO ONCE AGAIN

~ CONTINUED ON PAGE 3 ~

The following is a pre-printed form partially visible behind the handwriting:

Staff Notes:
Staff Initials:   Date Sent:
Date Received:                    Pay-to Log #:
Date:                     Name:
SBI:

**Do not write on legal materials stamped Property of HRYCI Law Library. All lost,
stolen, or damaged legal material will be charged to your account.**

**This request should be used to request general information, case law and/or photocopies
from the Law Library. Case law is on a loan only! There is a limit. No more than five
cases at one time will be permitted. Case laws must be returned before making
additional request.**

LOCATION:   Housing Unit _____   Cell # _____

RESIDENT NAME _____   SBI# _____

**LAW LIBRARY GENERAL REQUEST FORM**

**HRCI**

HRCI

— PAGE 3 —

TYRRANIZE AN OLD DISABLED VETERAN WHO BOTHERED NO ONE AND BROKE NO CONSTITUTIONALLY RECOGNIZABLE LAW.

WHEREFORE, I AM ASKING PRELIMINARILY THAT I BE ALLOWED TO FILE ONLY ONE COPY COPY OF MY DOCUMENTS, THAT THE COURT CLERK SERVE THEM FOR ME AND PROVIDE ME COPIES OF SAME, THAT SAID DEFENDANTS BE ORDERED TO HENCEFORTH [TILL I AM RELEASED] PROVIDE ME ALL THE AFORESAID THINGS AT STATE'S OWN EXPENSE, AND THAT THE AFORESAID ILLEGAL DEBT BE STRUCK DOWN.

DATE: DECEMBER 22, 2017

RESPECTFULLY SUBMITTED,

THOMAS E NOBLE, PRO SE
115211  2E17
HRYCI
P.O. BOX 9561
WILMINGTON, DE 19809

# Howard R. Young Correctional Institution
## Telephone Change Request Form

NAME: _____   SBI#: _____   Housing Unit _____

**Please add these people to my phone list**                    DATE: _____

| Telephone Number | Name of Phone's Owner | Relation to You | Address (Street #, Street Name, City/town state, Zip) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |

**Please Remove these people from my phone list:**

| Telephone Number | Name of Phone's Owner | Relation to You | Address (Street #, Street Name, City/town state, Zip) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |

1. You are permitted to make up one (1) 15-minute phone calls per hour to a family member, relative or lawyer. After you have completed one call you must wait one hour until you can make another call. If you attempt to use three way calling or call forwarding, your call will be disconnected. If you are caught making three-way calling your phone privileges may be suspended.

2. If you have a **NO CONTACT** order from the court, you are **NOT** allowed to call that individual using housing unit phones. **If you are caught, your phone privileges will be suspended.**

3. Do **NOT** allow other inmates to make calls using your SBI number and do **NOT** use other inmates SBI number to make calls. **If you are caught, your phone privileges will be suspended.**

4. Changes for the West Side is  May & November; East Side is   March, June, September and December 1st – 3rd.  **Changes will not Collected after the 5th**


_____Date: _____
(Signature of Lead Worker)